AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | ) | |
|---|---|---|
| KIMBERLY HIGGS, on behalf of herself and those similarly situated | ) ) ) ) | |
| *Plaintiff(s)* | ) ) | |
| v. | ) ) | Civil Action No. 4:20-cv-10125-JEM |
| IMMANUEL INVESTMENTS INC.  d/ba MRS. MAC'S KITCHEN,  a Florida for Profit Corporation | ) ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

    IMMANUEL INVESTMENTS INC.  d/b/a MRS. MAC'S KITCHEN
    c/o ANGELA R. WITTKE Registered Agent
    998 SHAW DR.
    KEY LARGO, FL 33037

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    CARLOS V. LEACH, ESQ.
    THE LEACH FIRM, P.A.
    631 S. ORLANDO AVENUE, SUITE 300
    WINTER PARK, FLORIDA 32789
    TELEPHONE: (407) 574-499

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 11/04/2020



Angela E. Noble
Clerk of Court

**SUMMONS**

*s/ Janier A.*

Deputy Clerk
U.S. District Courts